[No. 2998–II.   Division Two.   January 15, 1982.]

HESSEL TRACTOR AND EQUIPMENT COMPANY, INC.,
*Respondent,* v. STAN WITTY LAND, INC.,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 42344, Frank L. Price, J., entered June
30, 1977. *Affirmed* by unpublished opinion per Pearson, J.,
concurred in by Petrich, A.C.J., and Petrie, J.

[No. 4411–II.   Division Two.   January 15, 1982.]

L. MIKE SMITH, *Respondent,* v. WILLIAM E.
HARTMAN, JR., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Thurston County, No. AD–1955, Carol A. Fuller, J., entered
October 30, 1979. *Reversed* by unpublished opinion per
Petrie, J., concurred in by Petrich, A.C.J., and Pearson, J.

[No. 9509–9–I.   Division One.   January 18, 1982.]

THE CITY OF SEATTLE, *Respondent,* v. ANTHONY
TYRONE JONES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03011–2, Frank D. Howard, J., entered
October 28, 1980. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Swanson and Williams, JJ.

[No. 9556–1–I.   Division One.   January 18, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. CLARENCE
HARIG, *Respondent.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 80–1–00202–8, Robert C. Bibb, J.,
entered November 3, 1980. *Reversed* and *remanded* by
unpublished opinion per Corbett, J., concurred in by
Swanson and Ringold, JJ.